**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

ERIN RUBIN, A/K/A ERIN RUBIN
OCHOA,

          Respondent

        v.

MICHAEL RAMON OCHOA,

          Petitioner

: No. 347 WAL 2014
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of November, 2014, the Petition for Allowance of Appeal is **DENIED**.